**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL DWAYNE BYARS,

    Petitioner,

vs.

BRYAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

3:15-cv-00388-RCJ-VPC

**ORDER**

    In this habeas corpus action, brought *pro se* by Michael Dwayne Byars, the respondents filed a motion to dismiss on May 17, 2017 (ECF No. 27), seeking dismissal of Ground 1 of Byars' habeas petition. Byars was due to respond to the motion to dismiss by July 17, 2017. *See* Order entered February 16, 2017 (ECF No. 24) (60 days for response to motion to dismiss). Byars did not file a response to the motion to dismiss by July 17, 2017.

    In light of the fact that Byars brings this action *pro se*, and noting that he filed a notice of change of address on June 12, 2017 (ECF No. 34), the Court will, *sua sponte*, grant Byars a 45-day extension of time to respond to the motion to dismiss. The Court will not be inclined to further extend this deadline.

///

///

1  **IT IS THEREFORE ORDERED** that petitioner will have until **August 31, 2017**, to
2  respond to respondents' motion to dismiss. In all other respects, the schedule for further proceedings
3  set forth in the order entered February 16, 2017 (ECF No. 24) shall remain in effect.

5  Dated this 20th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

2