UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL DWAYNE BYARS,

    Petitioner,

vs.

BRYAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

3:15-cv-00388-RCJ-VPC

**ORDER**

In this habeas corpus action, brought *pro se* by Michael Dwayne Byars, the Court entered an order on January 29, 2018, ruling on the respondents' motion to dismiss, and dismissing one of Byars' claims (ECF No. 39). In that order, the Court directed the respondents to file an answer, responding the remainder of Byars' claims, within 60 days, or by March 30, 2018.

The address that the Court currently has for Byars is 1001 N. 4th St., Las Vegas NV, 89101. *See* Notice of Change of Address, filed June 12, 2017 (ECF No. 34). The Clerk of the Court sent a copy of the January 29, 2018, order to Byars at the Las Vegas address that he has provided to the Court; however, on March 5, 2018, the copy of the order sent to Byars was received back at the Court, with indications that it was not deliverable, and it could not be forwarded.

Local Rule LR IA 3-1 states that a *pro se* litigant must immediately file written notice of any change of mailing address, and that "[f]ailure to comply with this rule may result in the dismissal of the action...." LR IA 3-1.

**IT IS THEREFORE ORDERED** that petitioner shall, within 30 days from the date of this order, either file a notice confirming that his address is 1001 N. 4th St., Las Vegas NV, 89101, or file a notice of change of address stating his new address. If Byars fails to comply with this order, this case will be dismissed pursuant to LR IA 3-1.

**IT IS FURTHER ORDERED** that the schedule for respondents' answer is vacated. The Court will set a new deadline for the answer, if necessary, after the matter of petitioner's current address is resolved.

Dated this 6th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE